■ In the Matter of MIKHAIL ZABIZHIN, Respondent, v GREGORY ZABIZHIN, Appellant. [10 NYS3d 884]—Appeal from an order of disposition of the Family Court, Kings County (Michael L. Katz, J.), dated June 3, 2013. The order, insofar as appealed from, after a hearing, denied two petitions alleging that Mikhail Zabizhin violated an order of protection of that court dated May 3, 2010, and dismissed the proceeding.

Ordered that the order of disposition is affirmed insofar as appealed from, without costs or disbursements.

The appellant failed to establish that he was deprived of the effective assistance of counsel (*see Matter of Stewart v Lassiter*, 103 AD3d 734 [2013]; *Matter of Melissa K. v Brian K.*, 72 AD3d 1129 [2010]; *Matter of Thompson v Jones*, 253 AD2d 989 [1998]). Rivera, J.P., Dickerson, Miller and Duffy, JJ., concur.